UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

**EASTMAN KODAK COMPANY,**

        Plaintiff,

v.	Civ. No.: 02-cv-6441

**WACHOVIA BANK NATIONAL ASSOCIATION, As Successor in Interest by Merger to First Union National Bank,**

        Defendant.

_____

## CONSENT TO CHANGE ATTORNEY

We, the undersigned, do hereby consent and agree that Geiger & Rothenberg, LLP, counsel of record for the defendant, Wachovia Bank National Association, with offices located at 45 Exchange Street, Suite 800, Rochester, New York, be changed and that Buchanan Ingersoll & Rooney, PC, with offices located at 268 Main Street, Suite 201, Buffalo, New York, be substituted as counsel for defendant, Wachovia Bank National Association, in the place and stead of Geiger & Rothenberg, LLP.

Dated: Sep. 5, 2006	Geiger & Rothenberg, LLP

        By: s/ David Rothenberg_____

Dated: Aug. 28, 2006	Wachovia Bank National Association

        By: s/ Bret P. Holmes_____

STATE OF NORTH CAROLINA  )
                                              ) SS.:
COUNTY OF MECKLENBURG  )

On the 28th day of Aiugust, 2006, before me, the subscriber, Bret P.. Holmes, personally appeared, to me personally known and known to me to be the Sr. Vice President of Wachovia Bank National Association described herein and who executed the within Consent to Change Attorney, and he acknowledged to me that he executed the same.

                                                s/ Chaniese Stokes Collins
                                                Notary Public, Mecklenburg County, NC
                                                Commission expires: June 10, 2011

SO ORDERED:

   S/ MICHAEL A. TELESCA
Hon. Michael A. Telesca

Dated: September 7, 2006