UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EASTMAN KODAK COMPANY,

       Plaintiff,    Civ. No. 02-CV-6441

-vs-

WACHOVIA BANK, NATIONAL ASSOCIATION, as Successor by Interest to Merger with FIRST UNION NATIONAL BANK,

       Defendant.

---

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, counsel for plaintiff, EASTMAN KODAK COMPANY, and defendant, WACHOVIA BANK, NATIONAL ASSOCIATION, as Successor in Interest by Merger to FIRST UNION NATIONAL BANK, that this action shall be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: December 23, 2009

BOND, SCHOENECK & KING, PLLC

*[signature: Edward R. Conan]*

Edward R. Conan
Stephen A. Sharkey
40 Fountain Plaza, Suite 600
Buffalo, New York 14202
Tele: (716) 566-2800
email: ssharkey@bsk.com

*ATTORNEYS FOR DEFENDANT*

WARD, NORRIS, HELLER & RIEDY LLP

*[signature: Harold A. Kurland]*

Harold A. Kurland
300 State Street
Rochester, New York 14614
Telephone: (585) 454-0717
email: hak@wnhr.com

*ATTORNEYS FOR PLAINTIFF*

**SO ORDERED:**

DATED: December 28, 2009

*[signature: Michael A. Telesca]*

Michael A. Telesca
United States District Judge

107899.1 12/18/2009